USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN W. PERKINS, ET AL.,

                Plaintiffs,

  - against -

VERIFIED IDENTITY PASS, INC., ET AL.,

                Defendants.

1:09-cv-05951-RJH

**ORDER**

On August 18, 2009, the Court entered an order (i) requiring the preservation of evidence relevant to this action and (ii) enjoining defendants from, inter alia, transferring certain confidential information to third parties. The portion of the order granting injunctive relief was inadvertently entered before defendants had an opportunity to be heard. Accordingly, that portion of the order [17] is vacated; the Court will address plaintiffs' motion for a preliminary injunction [7] after the motion has been fully briefed.

SO ORDERED.

Dated: New York, New York
        August ___, 2009

_____
Richard J. ~~Holwell~~ Sullivan
United States District Judge, Part I