```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE VERIFIED IDENTITY PASS, INC.,
CONSUMER LITIGATION

09 Civ. 5951

**ORDER**

---

Defendant having advised the Court that it has filed for Chapter 11 bankruptcy, the Court stays this action and directs the Clerk of the Court to transfer it to the Court's suspense docket. Any party may reinstate this action to the Court's active docket upon motion made following resolution of the bankruptcy proceedings.

It is further ordered that the plaintiffs inform the Court **within thirty (30) days**, and every three months thereafter, as to the status of the bankruptcy proceedings, if relief from the bankruptcy stay has been sought pursuant to 11 U.S.C. § 362(c), and if any reason exists for maintaining this action. In the event that no timely response to this Order is received, the Court may dismiss this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: New York, New York
       April 6, 2010

Richard J. Holwell
United States District Judge